AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of NEVADA

United States of America )
v. ) Case No. 2:14-mj-00098-VCF
)
DAVID HORN )
*Defendant* )

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse 333 Las Vegas Blvd., So. Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 02/18/14 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 13, 2014

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
*Printed name and title*

```
____FILED           ____RECEIVED
____ENTERED         ____SERVED ON
         COUNSEL/PARTIES OF RECORD

            FEB 1 3 2014

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____DEPUTY
```