Prob12B
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**April 7, 2023**

Name of Offender: **David A Horn**

Case Number:  **2:14CR00053**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **February 12, 2015**

Original Offense: **Distribution of Methamphetamine; Possession of a Firearm in Furtherance of, and Carrying a Firearm During and in Relation to, a Drug Trafficking Crime**

Original Sentence: **144 Months prison, followed by 48 Months TSR.**

Anticipated Date of Supervision Commencement: **September 1, 2024**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

---

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

---

**CAUSE**

On February 12, 2015, David A. Horn was sentenced to a term of 144 months imprisonment followed by four (4) years supervised release for committing the offense of Distribution of Methamphetamine; Possession of a Firearm in Furtherance of, and Carrying a Firearm During and in Relation to, a Drug Trafficking Crime. Horn is scheduled to release from custody on September 1, 2024.

At this time, Horn does not have a viable residence in the District of Nevada. As such, the undersigned officer respectfully requests that Horn's conditions be modified to include up to 90

**RE: David A Horn**

Prob12B
D/NV Form
Rev. June 2014

days of placement at the Residential Reentry Center (RRC). The placement will afford Horn the opportunity to obtain suitable housing.

Horn is in agreement with the modification as evident by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release (Prob 49). Should the Court have any questions or need further information, the Probation Office will be available at the Court's discretion.

Respectfully submitted,

*Briana Casey*
Digitally signed by
Briana Casey
Date: 2023.04.20
07:07:31 -0700'

_____

Briana Casey
United States Probation Officer Assistant

Approved:

*Joy Ga*
Digitally signed by Joy Gabonia
Date: 2023.04.17 12:16:43
-07'00'

_____

Joy Gabonia
Supervisory United States Probation Officer

## THE COURT ORDERS

☐    No Action.

☐    The extension of supervision as noted above.

☒    The modification of conditions as noted above

☐    Other (please include Judicial Officer instructions below):

------------------------------------------------------

------------------------------------------------------

------------------------------------------------------

_____

Signature of Judicial Officer

_____
April 20, 2023
Date

PROB49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Residential Reentry Center** - You must reside in a residential reentry center for a term of up to 90 days. You must follow the mies and regulations of the center.

Witness  E. Boober
U.S. Probation Officer

Signed  X
Probationer or Supervised Releasee

04 · 06 · 2023
Date